IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE CO., | * * * | |
| Plaintiff, | * * | |
| v. | * * | CV 414-135 |
| BOBBY DEEN; SAVANNAH KITCHEN AND BATH, LLC; DC4, LLC; M.T. ADAMS TILE & STONE, L.L.C.; and MIKE ADAMS, | * * * * * * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties' "Stipulation of Dismissal with Prejudice." (Doc. 27.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA